**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____
Eastern District of New York

Case number (if known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | FORSYTHE COSMETIC GROUP, LTD. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

1 1 – 2 5 1 5 2 5 3

**4. Debtor's address**

**Principal place of business**

10 Niagara Avenue
Number        Street

Freeport, NY 11520
City                              State      ZIP Code

Nassau
County

**Mailing address, if different from principal place of business**

Number        Street

City                              State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                              State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | WWW.COLORCLUB.COM |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    FORSYTHE COSMETIC GROUP, LTD.                                    Case number *(if known)*
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    3   2   5   9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                MM / DD / YYYY

        District _____ When _____ Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                      MM / DD / YYYY

        Case number, if known _____

| Debtor | FORSYTHE COSMETIC GROUP, LTD. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other |
| | **Where is the property?** _____ |
| | Number          Street |
| | _____ |
| | _____ |
| | City                                                        State      ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.   Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49 | ☑ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor      FORSYTHE COSMETIC GROUP, LTD.                                    Case number *(if known)* _____
            Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■   I have been authorized to file this petition on behalf of the debtor.

■   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      3/13/2024
                 MM/ DD/ YYYY

X _____                          Whitney Matza
Signature of authorized representative of debtor     Printed name

Title _____ Secretary and Treasurer _____

**18. Signature of attorney**

X   /s/ Charles A. Higgs                          Date   03/13/2024
Signature of attorney for debtor                         MM/ DD/ YYYY

Charles Higgs
Printed name

The Law Office of Charles A. Higgs
Firm name

2 Depot Plaza First Floor, Office 4
Number          Street

Bedford Hills                                        NY          10507
City                                                 State       ZIP Code

(917) 673-3768                                       charles@freshstartesq.com
Contact phone                                        Email address

_____                             _____
Bar number                                          State

**Fill in this information to identify the case:**

Debtor name _____ FORSYTHE COSMETIC GROUP, LTD. _____

United States Bankruptcy Court for the:
_____ Eastern District of New York _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☑ *Schedule H: Codebtors (Official Form 206H)*

☑ *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)*

☐ *Amended Schedule _____*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration _____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/13/2024__          X _____
MM/ DD/ YYYY                              Signature of individual signing on behalf of debtor

                                          Whitney Matza
                                          Printed name

                                          Secretary and Treasurer
                                          Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name      FORSYTHE COSMETIC GROUP, LTD.

United States Bankruptcy Court for the:

     Eastern District of New York

Case number (if known): _____

❑ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Advantage Paper & Packaging<br>P.O. Box 787<br>Deer Park, NY 11729-0787 | | | | | | $32,302.85 |
| 2 | American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329 | | Credit Card | | | | $60,239.56 |
| 3 | Capital One Spark Business<br>PO Box 71083<br>Edneyville, NC 28272 | | credit card | | | | $43,312.80 |
| 4 | Edison Litho<br>3725 Tonelle Ave<br>North Bergen, NJ 07047 | | Trade Debt | | | | $35,000.00 |
| 5 | Freeport Screen & Stamping, Inc.<br>31 Hanse Ave<br>Freeport, NY 11520 | | trade debt | | | | $99,327.45 |
| 6 | Jay Stone Sales<br>24600 Southwell Rd<br>Dallas, TX 75229 | | Sales | | | | $47,884.72 |
| 7 | Kascap<br>208, Pujit Plaza, Plot 67 Sector 11, CBD<br>Belapur, Navi Mumbai 400614<br>Maharashta, India , | | Trade Debt | | | | $42,996.23 |
| 8 | Kirker Enterprises, Inc.<br>2220 US Highway 70 SE Suite 100<br>Hickory, NC 28602 | | Trade Debt | | | | $49,093.48 |

Debtor     FORSYTHE COSMETIC GROUP, LTD.

Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | MeadowBrook Inventions PO Box 960 260 Mine Brook Rd Bernardsville, NJ 07924 | | Trade Debt | | | | $43,353.75 |
| 10 | MP Holdings, Co. 1881 Stanley Drive Merrick, NY 11566 | | Trade Debt | | | | $296,436.97 |
| 11 | Osborn Law, PC 43 West 43rd Street 131 New York, NY 10036 | | Legal Services | | | | $67,824.75 |
| 12 | PACER Technology 3281 E. Guasti Rd 260 Ontario, CA 91761 | | Trade Debt | | | | $65,474.20 |
| 13 | PayPal PO Box 5138 Lutherville Timonium, MD 21094 | | loan | | | | $29,000.00 |
| 14 | PM Plastics 627 Capital Drive Pewaukee, WI 53072 | | Trade Debt | | | | $87,216.86 |
| 15 | Rad-Solutions, LLC 2201 Justin Rd 119-142 Flower Mound, TX 75028 | | Trade Debt | Disputed | | | $135,065.70 |
| 16 | Sandream Impact, LLC 373 Route 46 West Bldg E Fairfield, NJ 07004 | | Trade Debt | | | | $37,960.00 |
| 17 | Stephen Gould 35 South Jefferson Road Whippany, NJ 07981 | | Trade Debt | | | | $872,430.00 |
| 18 | Team Technologies 5949 Commerce Blvd Morristown, TN 37814 | | Trade Debt | | | | $41,684.80 |
| 19 | Vedder Price, PC 222 N. LaSalle Street 2400 Chicago, IL 60601 | | Legal Services | | | | $60,345.10 |
| 20 | Viavi Solutions 3047 Orchard Parkway 10 San Jose, CA 95134 | | Trade Debt | | | | $30,000.00 |

Fill in this information to identify the case:

Debtor Name    **FORSYTHE COSMETIC GROUP, LTD.**

United States Bankruptcy Court for the:    **Eastern**    District of    **New York**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                    $1,278.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account         Last 4 digits of account number

   3.1.  **Chase**                          **Checking account**          **4  9  9  0**                          $0.00

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**                                                    $1,278.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

   7.2

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**                    Case number *(if known)* _____
_____
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  **10 Niagra Ave, LLC** _____    **$173,000.00**

9. **Total of Part 2**                                                                          | **$173,000.00** |

   Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |

11. **Accounts receivable**

| 11a. 90 days old or less: | **$32,781.00** | - | **unknown** | =..... ➜ | **$32,781.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$419,472.00** | - | **$419,472.00** | =..... ➜ | **unknown** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**                                                                        | **$32,781.00** |

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1 _____    _____    _____    _____

    15.2 _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

---

| Debtor | **FORSYTHE COSMETIC GROUP, LTD.** | Case number *(if known)* |
|---|---|---|
| | Name | |

16.2 _____  _____  _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

[                    ]

---

**Part 5:**   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| [See Attached List] | ___ / ___ / ___  MM / DD / YYYY | unknown | | unknown |
| **20. Work in progress** | | | | |
| | ___ / ___ / ___  MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| [See Attached List] | ___ / ___ / ___  MM / DD / YYYY | unknown | | unknown |
| **22. Other inventory or supplies** | | | | |
| | ___ / ___ / ___  MM / DD / YYYY | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

[                    ]

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

---

Debtor    __FORSYTHE COSMETIC GROUP, LTD.__          Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **14 Chairs** | unknown | unknown |
| **6 File Cabinets** | unknown | unknown |
| **8 Office Cubicles** | unknown | unknown |
| **4 Office Desks** | unknown | unknown |
| **1 Conference Room Table** | unknown | unknown |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | |
|---|---|---|
| **10 Phones** | unknown | unknown |
| **8 Computers** | unknown | unknown |
| **(4) 2HP Hockmeyor Bench Top Mixers** | unknown | unknown |
| **[2] Shold Floor Mixers 10HP** | unknown | unknown |
| **Tara Systems Floor Scale 600lbs** | unknown | unknown |
| **[2] Sartorius Scale 5000g** | unknown | unknown |
| **Brookfield Viscometer** | unknown | unknown |
| **pneumatic ball dropper** | unknown | unknown |
| **24 station indexing table** | unknown | unknown |
| **pneumatic cap turner** | unknown | unknown |
| **mounted on stainless steel table** | unknown | unknown |
| **LSI bottom labeling system with belt conveyor and PDC heat tunnel** | unknown | unknown |
| **LSI bottom labeling system with belt conveyor and PDC heat tunnel** | unknown | unknown |
| **3' infeed table** | unknown | unknown |
| **two vacuum fillers (2 heads each)** | unknown | unknown |
| **pneumatic ball dropper** | unknown | unknown |
| **15' x 3 1/4" table top chain conveyor** | unknown | unknown |
| **pneumatic capper** | unknown | unknown |
| **48" accumulating table** | unknown | unknown |
| **image 9020 inkjet coder** | unknown | unknown |
| **22' x 3 1/4" tabletop chain conveyor** | unknown | unknown |
| **1/3 HP ball dropper** | unknown | unknown |
| **image 9020 inkjet coder** | unknown | unknown |
| **Four vacuum fillers (2 heads each)** | unknown | unknown |
| **Two pneumatic cappers** | unknown | unknown |

Debtor    __**FORSYTHE COSMETIC GROUP, LTD.**__    Case number *(if known)* _____
      Name

| | | | |
|---|---|---|---|
| 36"accumulating table | unknown | | unknown |
| 36" unscrambling table | unknown | | unknown |
| 18' x 3 1/4" tabletop chain conveyor | unknown | | unknown |
| 1/3 HP ball dropper | unknown | | unknown |
| image 9020 inkjet coder | unknown | | unknown |
| Three vacuum fillers (2 heads each) | unknown | | unknown |
| Pneumatic capper | unknown | | unknown |
| 36" accumulating table | unknown | | unknown |
| 14' x 3 1/4" tabletop chain conveyor | unknown | | unknown |
| 1/3 HP ball dropper | unknown | | unknown |
| image 9020 inkjet coder | unknown | | unknown |
| Two vacuum fillers (2 heads each) | unknown | | unknown |
| Pneumatic capper | unknown | | unknown |
| 36" accumulating table | unknown | | unknown |
| 40 HP Ingersol Rand air compressor | unknown | | unknown |
| 10 HP Joy air compressor | unknown | | unknown |
| Ingersol Filter Dryer | unknown | | unknown |
| 300 gal storage tank | unknown | | unknown |
| 10 1/3-1 HP vacuum pumps | unknown | | unknown |
| Avery bottom labeling system (not working) | unknown | | unknown |
| Hyster 3000lb Hi LO | unknown | | unknown |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

   42.1 _____

   42.2 _____

   42.3 _____

43. **Total of Part 7**

   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**                    Case number *(if known)* _____
_____
Name

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number). | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2008 Ford Pickup** | **unknown** | | **unknown** |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **2013 Hyster / Forklift** | **unknown** | | **unknown** |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |

---

Debtor   **FORSYTHE COSMETIC GROUP, LTD.**                     Case number *(if known)* _____
         Name

| 55.2 | | | | | |
| --- | --- | --- | --- | --- | --- |
| 55.3 | | | | | |
| 55.4 | | | | | |
| 55.5 | | | | | |
| 55.6 | | | | | |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 10:** | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| Trademark: Cosmetic Arts: Registration # 3936663 | unknown | | unknown |
| Trademark: Vitabase: 3543333 | unknown | | unknown |
| Trademark: NailMoji: Registration # 3543333 | unknown | | unknown |
| Trademark: One & Done: Registration #3618685 | unknown | | unknown |
| Trademark: Funky Fingers: Registration # 3618685 | unknown | | unknown |
| Trademark: The Future of Care: Registration # 4937844 | unknown | | unknown |
| Trademark: Cosmetic Arts: Registration # 4937844 | unknown | | unknown |
| Trademark: 3 Ways to Wear: Registration # 5629694 | unknown | | unknown |
| Trademark: Chip Free: Registration # 5629694 | unknown | | unknown |
| Trademark: Loosen Up: Registration # 3543381 | unknown | | unknown |
| Trademark: ColorClub: Registration # 4604435 | unknown | | unknown |
| Trademark: 0-60: Registration #: 4604435 | unknown | | unknown |
| Trademark: The Future of Color: Registration #: 4757234 | unknown | | unknown |
| Trademark: Artclub: Registration #: 4757234 | unknown | | unknown |
| Trademark: Seren-Dip-ity: Registration #: 5704051 | unknown | | unknown |
| Trademark: Color Club: Registration #: 5704051 | unknown | | unknown |

| Debtor | **FORSYTHE COSMETIC GROUP, LTD.** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

| | | | |
| --- | --- | --- | --- |
| | Trademark: Dry Ice: Registration #:3634001 | unknown | unknown |
| | Trademark: Stuck on You: Registration #: 3625753 | unknown | unknown |

**61.** **Internet domain names and websites**

| | | | |
| --- | --- | --- | --- |
| | WWW.COLORCLUB.COM | unknown | unknown |
| | shopcolorclub.com, cosmeticgroup.com, forsythecosmeticgroup.com | unknown | unknown |

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**71.** **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➡ _____

Total face amount    doubtful or uncollectible amount

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**    Case number *(if known)* _____

Name

---

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____    Tax year _____    _____

   _____    Tax year _____    _____

   _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

   _____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____    _____

   **Nature of claim**    _____

   **Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____    _____

   **Nature of claim**    _____

   **Amount requested**    _____

76. **Trusts, equitable or future interests in property**

   _____    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____    _____

   _____    _____

78. **Total of Part 11**

   Add lines 71 through 77. Copy the total to line 90.    _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

| Debtor | **FORSYTHE COSMETIC GROUP, LTD.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,278.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $173,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32,781.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | unknown | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | unknown | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........91a. | $207,059.00 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ | | $207,059.00 |

Fill in this information to identify the case:

Debtor name __FORSYTHE COSMETIC GROUP, LTD.__

United States Bankruptcy Court for the: __Eastern__ District of __New York__
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| Small Business Administration | Debtor's receivables, accounts, and assets | $512,664.78 | $32,781.00 |
| **Creditor's mailing address** | **Describe the lien** | | |
| 26 Federal Pl 3100 | UCC | | |
| New York, NY 10278 | | | |

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** _9_ _1_ _0_ _5_

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                $512,664.78

Fill in this information to identify the case:

Debtor name          FORSYTHE COSMETIC GROUP, LTD.

United States Bankruptcy Court for the:

         Eastern District of New York

Case number (if known): _____

☐ Check if this is an
    amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. **If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | _____ | _____ |
|---|---|---|---|---|
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>_____ | | | |
| **Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | _____ | _____ |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>_____ | | | |
| **Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | | |

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**

_____    Case number *(if known)* _____

Name

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

---

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.82

**A & F FIRE PROTECTION CO., INC**

*Check all that apply.*
☐ Contingent

**90 Otis Street**
☐ Unliquidated

**West Babylon, NY 11704**
☐ Disputed

Service of Building
Basis for the claim:  **Sprinklers**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
Last 4 digits of account number  ___ ___ ___ ___
☑ No
☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,298.32

**ABBOTT BALL COMPANY**

*Check all that apply.*
☐ Contingent

**P.O. BOX 330100**
☐ Unliquidated

**West Hartford, CT 06133**
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
Last 4 digits of account number  ___ ___ ___ ___
☑ No
☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,597.70

**ACTION HAZMAT TRUCKING**

*Check all that apply.*
☐ Contingent

**3010 Burns Avenue**
☐ Unliquidated

**Wantagh, NY 11793**
☐ Disputed

Basis for the claim:  **Hazardous Waste Pickup**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
Last 4 digits of account number  ___ ___ ___ ___
☑ No
☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,302.85

**Advantage Paper & Packaging**

*Check all that apply.*
☐ Contingent

☐ Unliquidated

**P.O. Box 787**
☐ Disputed

**Deer Park, NY 11729-0787**

Basis for the claim:  _____

**Is the claim subject to offset?**
Date or dates debt was incurred  _____
☑ No

Last 4 digits of account number  ___ ___ ___ ___
☐ Yes

---

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**

Name                                                         Case number *(if known)* _____

---

| **Part 2:** | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

AMANDA BENZAQUIN MATSIL

960 Saint Johnland Road

Kings Park, NY 11754

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Commission

Is the claim subject to offset?
☑ No
☐ Yes

$8,714.44

---

**3.6** Nonpriority creditor's name and mailing address

American Express

PO Box 297871

Fort Lauderdale, FL 33329

Date or dates debt was incurred _____

Last 4 digits of account number  5  0  4  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$15,745.36

---

**3.7** Nonpriority creditor's name and mailing address

American Express

PO Box 297871

Fort Lauderdale, FL 33329

Date or dates debt was incurred _____

Last 4 digits of account number  7  9  6  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$60,239.56

---

**3.8** Nonpriority creditor's name and mailing address

American Glitters, Inc.

68 Linden Street

Massapequa Park, NY 11762

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,862.50

---

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**
          Name                                                          Case number *(if known)*

---

**Part 2:**  Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,888.48 |

**Arcbest**

**3801 Old Greenwood Road**

**Fort Smith, AR 72903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Service-Freight

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.68 |

**Atlantic Scale Company, Inc.**

**136 Washington Ave**

**Adelphia, NJ 07710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,608.00 |

**Avrum Rosen**

**38 New Street**

**Huntington, NY 11743**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Attorneys Fees

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,988.79 |

**Baralan USA, Inc.**

**120-19 89TH Ave**

**Richmond Hill, NY 11418**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor **FORSYTHE COSMETIC GROUP, LTD.**
_____
Name

Case number *(if known)* _____

| **Part 2:** | Additional Page |

---

**3.13** | Nonpriority creditor's name and mailing address

**Briscoe Protective**

**99 Mark Tree Road 201**

**Centereach, NY 11720**

As of the petition filing date, the claim is: $8,246.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  **Service-Building Alarm**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**BTB Sales & Marketing, Inc.**

**2970 Merrick Rd**

**Bellmore, NY 11710**

As of the petition filing date, the claim is: $25,015.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  **Service-Sales & Marketing**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

**Capital One Spark Business**

**PO Box 71083**

**Edneyville, NC 28272**

As of the petition filing date, the claim is: $43,312.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number  **7   8   0   3**

Basis for the claim:  **credit card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**Cintas Corporation**

**500 South Research PL**

**Central Islip, NY 11722**

As of the petition filing date, the claim is: $839.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  **Uniforms**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **FORSYTHE COSMETIC GROUP, LTD.**                                    Case number *(if known)* _____
     Name

**Part 2:**  Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,486.10 |

**3.17** Nonpriority creditor's name and mailing address

Color Carton Corp.

341 Canal Place

Bronx, NY 10451

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$24,486.10

---

**3.18** Nonpriority creditor's name and mailing address

Color Display

Industria, 50, Nave 9-Pol Ind. Conde de Sert

08755 Barcelona Spain ,

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$6,663.00

---

**3.19** Nonpriority creditor's name and mailing address

Continental Lift Truck, Inc

127-18 Foch Blvd

South Ozone Park, NY 11420

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Servicing of Forklifts

Is the claim subject to offset?
☑ No
☐ Yes

$1,409.93

---

**3.20** Nonpriority creditor's name and mailing address

Cosmos Plastics

3630 Wolf Rd

Franklin Park, IL 60131

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$916.00

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

---

**3.21**   Nonpriority creditor's name and mailing address

Crowe Soberman, LLP

2 St. Clair Avenue East 1100

Toronto, Ontario, M4T 2T5,

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounting [Canada]

**Is the claim subject to offset?**
☑ No
☐ Yes

$836.00

---

**3.22**   Nonpriority creditor's name and mailing address

Daylight Transport, LLC

204-248 North Ave E

Elizabeth, NJ 07201

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Freight Service

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,133.32

---

**3.23**   Nonpriority creditor's name and mailing address

Denmark Technologies, Inc.

547 Livingston Street

Westbury, NY 11590

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services-IT/Computers

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,208.00

---

**3.24**   Nonpriority creditor's name and mailing address

Derik Industrial Co., Ltd

42 Memorial Plaza 2nd FL

Pleasantville, NY 10570

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,500.00

---

Debtor   **FORSYTHE COSMETIC GROUP, LTD.**
Name

Case number *(if known)*

## Part 2:   Additional Page

| | | |
|---|---|---|
| **3.25** | **Nonpriority creditor's name and mailing address**<br><br>**Distinctive Displays**<br><br>**582 Montauk Ave**<br><br>**Brooklyn, NY 11208** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____ |

**unknown**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.26** | **Nonpriority creditor's name and mailing address**<br><br>**Edgewood Partners INS Center**<br><br>**499 Washington Blvd 810**<br><br>**Jersey City, NJ 07310** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Insurance Broker** |

**$5,895.07**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.27** | **Nonpriority creditor's name and mailing address**<br><br>**Edison Litho**<br><br>**3725 Tonelle Ave**<br><br>**North Bergen, NJ 07047** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt** |

**$35,000.00**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.28** | **Nonpriority creditor's name and mailing address**<br><br>**FCR Services**<br><br>**PO Box 1663**<br><br>**Southgate, MI 48195** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** _____ |

**$873.00**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**                                    Case number *(if known)* _____
         Name

---

**Part 2:**  Additional Page

---

**3.29**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $11,130.53
        Fiabila                                                        *Check all that apply.*
                                                                       ☐ Contingent
        106 Iron Mountain Rd                                           ☐ Unliquidated
        Mine Hill, NJ 07803                                            ☐ Disputed

                                                                       **Basis for the claim:**  Trade Debt
        Date or dates debt was incurred   _____
                                                                       **Is the claim subject to offset?**
        Last 4 digits of account number   ___ ___ ___ ___            ☑ No
                                                                       ☐ Yes

---

**3.30**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $99,327.45
        Freeport Screen & Stamping, Inc.                               *Check all that apply.*
                                                                       ☐ Contingent
        31 Hanse Ave                                                   ☐ Unliquidated
        Freeport, NY 11520                                             ☐ Disputed

                                                                       **Basis for the claim:**  trade debt
        Date or dates debt was incurred   _____
                                                                       **Is the claim subject to offset?**
        Last 4 digits of account number   ___ ___ ___ ___            ☑ No
                                                                       ☐ Yes

---

**3.31**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $851.81
        Gilson Graphics                                                *Check all that apply.*
                                                                       ☐ Contingent
        2000 Oak Industrial Dr                                         ☐ Unliquidated
        Grand Rapids, MI 49505                                         ☐ Disputed

                                                                       **Basis for the claim:**  _____
        Date or dates debt was incurred   _____
                                                                       **Is the claim subject to offset?**
        Last 4 digits of account number   ___ ___ ___ ___            ☑ No
                                                                       ☐ Yes

---

**3.32**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $660.00
        Interstate Forklift Repairs                                    *Check all that apply.*
                                                                       ☐ Contingent
        130-08 143rd Street                                            ☐ Unliquidated
        Jamaica, NY 11436                                              ☐ Disputed

                                                                       **Basis for the claim:**  Serive of Forklift
        Date or dates debt was incurred   _____
                                                                       **Is the claim subject to offset?**
        Last 4 digits of account number   ___ ___ ___ ___            ☑ No
                                                                       ☐ Yes

---

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**
_____    Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,321.00
*Check all that apply.*

**In-Time Shipping**

**145 Hook Creek Blvd C5C**

**Valley Stream, NY 11581**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customs Brokerage

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.00
*Check all that apply.*

**Jaci Fitzgerald**

**5693 Lucas Lane**

**Pea Ridge, AR 72751**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,884.72
*Check all that apply.*

**Jay Stone Sales**

**24600 Southwell Rd**

**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sales

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,515.20
*Check all that apply.*

**Jupiter Mills Corp**

**PO Box 1471**

**Secaucus, NJ 07096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor   **FORSYTHE COSMETIC GROUP, LTD.**                          Case number *(if known)* _____
　　　　　Name

---

**Part 2:**　Additional Page

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,978.40 |

**K. Sidrane, Inc.**

**24 Baiting Place Road**

**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred　_____

**Basis for the claim:　Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number　__ __ __ __

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,996.23 |

**Kascap**

**208, Pujit Plaza, Plot 67 Sector 11, CBD**

**Belapur, Navi Mumbai 400614 Maharashta, India ,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:　Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number　__ __ __ __

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $496.59 |

**Keystone Building Products**

**2585 Old Rte 522**

**Selinsgrove, PA 17870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred　_____

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number　__ __ __ __

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,011.90 |

**Keystone Industries**

**480 S. Democrat Rd**

**Gibbstown, NJ 08027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred　_____

**Basis for the claim:　Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number　__ __ __ __

---

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**
          Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |

---

**3.41** Nonpriority creditor's name and mailing address

Kirker Enterprises, Inc.

2220 US Highway 70 SE Suite 100

Hickory, NC 28602

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$49,093.48

---

**3.42** Nonpriority creditor's name and mailing address

LEC Associates, LLC

110 Chestnut Ridge Rd 318

Montvale, NJ 07645

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Safety Assessment Provider

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,400.00

---

**3.43** Nonpriority creditor's name and mailing address

Leneta Company

15 Whitney Road

Mahwah, NJ 07430

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$362.50

---

**3.44** Nonpriority creditor's name and mailing address

Lenny Lowe Enterprises, LLC

758 Center Dr North Baldwin

Baldwin, NY 11510

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,440.00

---

Debtor   **FORSYTHE COSMETIC GROUP, LTD.**

Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

---

**3.45** Nonpriority creditor's name and mailing address

Lorraine Guzzo

860 E Broadway 2U

NY 11561

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sales Rep

Is the claim subject to offset?
☑ No
☐ Yes

$2,115.05

---

**3.46** Nonpriority creditor's name and mailing address

M & G Packaging Corp.

99 Seaview Blvd 1-d

Port Washington, NY 11050

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,559.30

---

**3.47** Nonpriority creditor's name and mailing address

M & S Auto Masters & Sales, Inc.

11 Niagara Ave

Freeport, NY 11520

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ford Truck Repairs

Is the claim subject to offset?
☑ No
☐ Yes

$1,499.86

---

**3.48** Nonpriority creditor's name and mailing address

MeadowBrook Inventions

PO Box 960

260 Mine Brook Rd

Bernardsville, NJ 07924

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$43,353.75

---

Debtor  **FORSYTHE COSMETIC GROUP, LTD.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.49** Nonpriority creditor's name and mailing address

**Metro Tag & Label**

**24 Park Avenue**

**West Orange, NJ 07052**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$8,500.00

---

**3.50** Nonpriority creditor's name and mailing address

**MP Holdings, Co.**

**1881 Stanley Drive**

**Merrick, NY 11566**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$296,436.97

---

**3.51** Nonpriority creditor's name and mailing address

**MS Packaging & Supply Distrib.**

**53 Zorn Blvd**

**Yaphank, NY 11980**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$24,429.36

---

**3.52** Nonpriority creditor's name and mailing address

**New Penn Motor Express**

**11500 OUTLOOK S 400**

**Leawood, KS 66211**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Freight

Is the claim subject to offset?
☑ No
☐ Yes

$2,240.31

---

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,598.00 |
|---|---|---|---|

**3.53** **Nonpriority creditor's name and mailing address**
NYSDEC

625 Broadway 14th FL

Albany, NY 12233

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Violations

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,598.00

---

**3.54** **Nonpriority creditor's name and mailing address**
On Track

50 E. Jefryn Blvd

Deer Park, NY 11729

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shipping/Freight

**Is the claim subject to offset?**
☑ No
☐ Yes

$497.40

---

**3.55** **Nonpriority creditor's name and mailing address**
Optimum Cable

1 Court Square West

Long Island City, NY 11101

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$705.28

---

**3.56** **Nonpriority creditor's name and mailing address**
Osborn Law, PC

43 West 43rd Street 131

New York, NY 10036

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$67,824.75

---

Debtor **FORSYTHE COSMETIC GROUP, LTD.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,474.20
| PACER Technology | *Check all that apply.* |
| | ☐ Contingent |
| 3281 E. Guasti Rd 260 | ☐ Unliquidated |
| Ontario, CA 91761 | ☐ Disputed |
| | **Basis for the claim:** Trade Debt |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00
| Pamela J. Bruce DBA Sales-Trac | *Check all that apply.* |
| | ☐ Contingent |
| 11150 Looking Glass | ☐ Unliquidated |
| Portland, MI 48875 | ☐ Disputed |
| | Consultant for Meters |
| | **Basis for the claim:** Account |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $952.00
| Patco Tapes, Inc. | *Check all that apply.* |
| | ☐ Contingent |
| 59-27 56th Street | ☐ Unliquidated |
| Maspeth, NY 11378 | ☐ Disputed |
| | **Basis for the claim:** Trade Debt |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,000.00
| PayPal | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 5138 | ☐ Unliquidated |
| Lutherville Timonium, MD 21094 | ☐ Disputed |
| | **Basis for the claim:** loan |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

Debtor **FORSYTHE COSMETIC GROUP, LTD.**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.61** Nonpriority creditor's name and mailing address

Pitney Bowes Global Financial

PO Box 981022

Boston, MA 02298

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,749.20

---

**3.62** Nonpriority creditor's name and mailing address

PM Plastics

627 Capital Drive

Pewaukee, WI 53072

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$87,216.86

---

**3.63** Nonpriority creditor's name and mailing address

Prime Packaging Corp

1290 Metropolitan Ave

Brooklyn, NY 11237

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$6,776.00

---

**3.64** Nonpriority creditor's name and mailing address

Printex Transparent Packaging

555 Raymond Dr

Islandia, NY 11749

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$12,086.37

---

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**                    Case number *(if known)* _____
          Name

---

**Part 2:**  Additional Page

---

| **3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,790.78 |
|---|---|---|---|

**3.65**  Nonpriority creditor's name and mailing address

QPC Label Solutions, Inc

1583 40th Street

Brooklyn, NY 11218

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,790.78

---

**3.66**  Nonpriority creditor's name and mailing address

Quinn & Feiner Service Company

79 Hazel Street

Glen Cove, NY 11542

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  HVAC

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,192.38

---

**3.67**  Nonpriority creditor's name and mailing address

Rad-Solutions, LLC

2201 Justin Rd 119-142

Flower Mound, TX 75028

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$135,065.70

---

**3.68**  Nonpriority creditor's name and mailing address

Rafael Espinal

16 Round Hill Dr

Danbury, CT 06811

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Monthly Expenses Car and Fuel

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,796.61

---

Debtor  **FORSYTHE COSMETIC GROUP, LTD.**
        Name

Case number *(if known)* _____

| **Part 2:** | Additional Page |

---

**3.69** **Nonpriority creditor's name and mailing address**

RTM Computer Services

25 Thunder Rd

Miller Place, NY 11764

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Computer/IT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,220.00

---

**3.70** **Nonpriority creditor's name and mailing address**

R-Way Shipping & Storage

97-22 133rd Ave

Ozone Park, NY 11417

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,950.00

---

**3.71** **Nonpriority creditor's name and mailing address**

Sandream Impact, LLC

373 Route 46 West Bldg E

Fairfield, NJ 07004

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,960.00

---

**3.72** **Nonpriority creditor's name and mailing address**

SAS Retail Services, LLC

1575 N Main S

Orange, CA 92867

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,548.70

---

Debtor **FORSYTHE COSMETIC GROUP, LTD.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.73** Nonpriority creditor's name and mailing address

Screen Tech

1800 W. Blancke Street

Linden, NJ 07036

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$7,739.19

---

**3.74** Nonpriority creditor's name and mailing address

SGA snc di F.lli Spizzi

Sede operativa : via Trebbia 19 /2

20073 Opera (MI),

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.75** Nonpriority creditor's name and mailing address

Silverman Group

436 Orange Street

New Haven, CT 06511

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Website Development

Is the claim subject to offset?
☑ No
☐ Yes

$2,300.00

---

**3.76** Nonpriority creditor's name and mailing address

Sparklet Co.

1409 GANGBYEON HANSHIN CORE BLDG

MAPO-DONG MAPO-KU SEOUL KOREA,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$21,000.00

---

Debtor    **FORSYTHE COSMETIC GROUP, LTD.**                                    Case number *(if known)* _____
　　　　　 Name

---

**Part 2:**  Additional Page

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $872,430.00 |
|---|---|---|---|

**3.77** Nonpriority creditor's name and mailing address

Stephen Gould

35 South Jefferson Road

Whippany, NJ 07981

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$872,430.00

---

**3.78** Nonpriority creditor's name and mailing address

Sungjae Corp in Korea

726 Wolha-ro

Haseong-myeon, Gimpo-si, Gyeonggi-do, South Korea,

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,500.00

---

**3.79** Nonpriority creditor's name and mailing address

Sunrise Credit Solutions

PO Box 9004

Melville, NY 11747

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Optimum

Is the claim subject to offset?
☑ No
☐ Yes

$705.28

---

**3.80** Nonpriority creditor's name and mailing address

Superior Materials, Inc.

585 Stewart Ave LL32

Garden City, NY 11530

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$505.36

---

Debtor   **FORSYTHE COSMETIC GROUP, LTD.**
_____
Name

Case number *(if known)* _____

---

### Part 2:   Additional Page

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,684.80
Team Technologies | *Check all that apply.*
| ☐ Contingent
5949 Commerce Blvd | ☐ Unliquidated
Morristown, TN 37814 | ☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number ___ ___ ___ ___
☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,081.00
transworld systems, inc | *Check all that apply.*
| ☐ Contingent
500 Virginia Drive 514 | ☐ Unliquidated
Fort Washington, PA 19034 | ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number ___ ___ ___ ___
☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00
United Benefits Pensions, Inc | *Check all that apply.*
| ☐ Contingent
175 Broadhollow Road 160 | ☐ Unliquidated
Melville, NY 11747 | ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number ___ ___ ___ ___
☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,805.36
United Mineral & Chemical Corp | *Check all that apply.*
| ☐ Contingent
160 Chubb Ave 206 | ☐ Unliquidated
Lyndhurst, NJ 07071 | ☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number ___ ___ ___ ___
☐ Yes

---

Debtor **FORSYTHE COSMETIC GROUP, LTD.**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,958.68
| **Univar USA, Inc** | *Check all that apply.* |
| | ☐ Contingent |
| **200 Dean Sievers Pl** | ☐ Unliquidated |
| **Morrisville, PA 19067** | ☐ Disputed |
| | **Basis for the claim:**  Trade Debt |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ⎯ ⎯ ⎯ ⎯ | ☑ No |
| | ☐ Yes |

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,086.18
| **UPS** | *Check all that apply.* |
| | ☐ Contingent |
| **55 Glenlake Parkway, NE** | ☐ Unliquidated |
| **Atlanta, GA 30328** | ☐ Disputed |
| | **Basis for the claim:**  shipping |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ⎯ ⎯ ⎯ ⎯ | ☑ No |
| | ☐ Yes |

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60,345.10
| **Vedder Price, PC** | *Check all that apply.* |
| | ☐ Contingent |
| **222 N. LaSalle Street 2400** | ☐ Unliquidated |
| **Chicago, IL 60601** | ☐ Disputed |
| | **Basis for the claim:**  Legal Services |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ⎯ ⎯ ⎯ ⎯ | ☑ No |
| | ☐ Yes |

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00
| **Viavi Solutions** | *Check all that apply.* |
| | ☐ Contingent |
| **3047 Orchard Parkway 10** | ☐ Unliquidated |
| **San Jose, CA 95134** | ☐ Disputed |
| | **Basis for the claim:**  Trade Debt |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ⎯ ⎯ ⎯ ⎯ | ☑ No |
| | ☐ Yes |

---

Debtor  **FORSYTHE COSMETIC GROUP, LTD.**
_____
Name

Case number *(if known)* _____

## Part 2: Additional Page

| | | |
|---|---|---|
| **3.89** | | |

**3.89**

Nonpriority creditor's name and mailing address

**Wells Fargo Vendor Financials**

**PO Box 070241**

**Philadelphia, PA 19176**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Copy Machine**

Is the claim subject to offset?
☑ No
☐ Yes

$900.50

---

**3.90**

Nonpriority creditor's name and mailing address

**William L. Rutherford Limited**

**4180 Industrial Drive**

**Windsor Ontario N9C 3R8,**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **broker**

Is the claim subject to offset?
☑ No
☐ Yes

$3,095.24

---

**3.91**

Nonpriority creditor's name and mailing address

**Winter Bros Hauling of LI**

**120 Nancy Street**

**West Babylon, NY 11704**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Garbage Removal**

Is the claim subject to offset?
☑ No
☐ Yes

$12,506.86

---

**3.92**

Nonpriority creditor's name and mailing address

**YRC Freight**

**37 Frontage Rd**

**Glenmont, NY 12077**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset?
☑ No
☐ Yes

$6,141.40

Debtor   **FORSYTHE COSMETIC GROUP, LTD.**

Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Andrew M. Doktofsky, P.C.**<br>**52 Elm Street 6**<br>**Huntington, NY 11743** | Line **3.4**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2  **Caine & Weiner**<br>**PO Box 55848**<br>**Sherman Oaks, CA 91413** | Line **3.61**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3  **Danielle Grzan, Esq.**<br>**366 North Broadway 410**<br>**Jericho, NY 11753** | Line **3.46**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4  **Kirschenbaum & Kirschenbaum, P.C.**<br>**200 Garden City Plaza 315**<br>**Garden City, NY 11530** | Line **3.13**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5  **Law Office of Gilbert A. Lazarus, PLLC**<br>**92-12 68th Ave**<br>**Forest Hills, NY 11375** | Line **3.24**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6  **Law Office of Michael Pepin**<br>**1350 Avenue of the Americas 2nd FL**<br>**New York, NY 10019** | Line **3.30**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7  **Law Office of Tejal Shah, P.C.**<br>**2545 Hempstead Tkpe 403**<br>**East Meadow, NY 11554** | Line **3.38**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  **FORSYTHE COSMETIC GROUP, LTD.**

Name

Case number *(if known)*

**Part 3:**  Additional Page

| | | |
|---|---|---|
| 4.8 | **Law Offices of Frank N. Napoli** | Line **3.91** |
| | **357 Vetrans Memorial Highway** | ☐ Not listed. Explain |
| | **Commack, NY 11725** | |
| 4.9 | **Law Offices of Steven Cohen, LLC** | Line **3.17** |
| | **540 East 180th 203** | ☐ Not listed. Explain |
| | **Bronx, NY 10457** | |
| 4.10 | **Leviton Law Firm** | Line **3.63** |
| | **One Pierce Place 725 W** | ☐ Not listed. Explain |
| | **Itasca, IL 60143** | |
| 4.11 | **Ross & Suchoff, LLC** | Line **3.49** |
| | **343 Millburn Ave 300** | ☐ Not listed. Explain |
| | **Millburn, NJ 07041** | |
| 4.12 | **Taroff & Taltz, LLP** | Line **3.88** |
| | **630 Johnson Ave 105** | ☐ Not listed. Explain |
| | **Bohemia, NY 11716** | |
| 4.13 | **The Gold Law Firm, P.C.** | Line **3.35** |
| | **1666 Newbridge Rd 2nd FL** | ☐ Not listed. Explain |
| | **Bellmore, NY 11710** | |
| 4.14 | **Webank** | Line **3.60** |
| | **215 S. State St 1000** | ☐ Not listed. Explain |
| | **Salt Lake City, UT 84111** | |

Debtor  **FORSYTHE COSMETIC GROUP, LTD.**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $2,599,215.56 |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $2,599,215.56 |

Fill in this information to identify the case:

Debtor name _____ FORSYTHE COSMETIC GROUP, LTD. _____

United States Bankruptcy Court for the:

_____ Eastern District of New York _____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease of 10 Niagara Avenue | 10 Niagara Avenue, LLC |
| | | | 5 Redbrook Rd |
| | State the term remaining | | Freeport, NY 11520 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Copy Machine/Scanner | Wells Fargo Vendor Financials |
| | | | PO Box 070241 |
| | State the term remaining | | Philadelphia, PA 19176 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **FORSYTHE COSMETIC GROUP, LTD.**

United States Bankruptcy Court for the: _____**Eastern**_____ District of _____**New York**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **FORSYTHE COSMETIC GROUP, LTD.** | Case number (if known) |
|--------|-----------------------------------|------------------------|
|        | Name                              |                        |

| | Additional Page if Debtor Has More Codebtors |
|-|-----------------------------------------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Fill in this information to identify the case:

Debtor name _____ FORSYTHE COSMETIC GROUP, LTD. _____

United States Bankruptcy Court for the:

_____ Eastern District of New York _____

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

| **Part 1:** | Summary of Assets |

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real Property:**

     Copy line 88 from *Schedule A/B*....................................................................................................

| $0.00 |
| --- |

   **1b. Total personal property:**

     Copy line 91A from *Schedule A/B*..................................................................................................

| $207,059.00 |
| --- |

   **1c. Total of all property:**

     Copy line 92 from *Schedule A/B*....................................................................................................

| $207,059.00 |
| --- |

| **Part 2:** | Summary of Liabilities |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $512,664.78 |
| --- |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................

| $0.00 |
| --- |

   **3b. Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

| **+** | $2,599,215.56 |
| --- | --- |

**4. Total liabilities**................................................................................................................................

Lines 2 + 3a + 3b

| $3,111,880.34 |
| --- |

10 Niagara Avenue, LLC
5 Redbrook Rd
Freeport, NY 11520


A & F FIRE PROTECTION CO.,
INC
90 Otis Street
West Babylon, NY 11704


ABBOTT BALL COMPANY
P.O. BOX 330100
West Hartford, CT 06133


ACTION HAZMAT TRUCKING
3010 Burns Avenue
Wantagh, NY 11793


Advantage Paper & Packaging
P.O. Box 787
Deer Park, NY 11729-0787


AMANDA BENZAQUIN MATSIL
960 Saint Johnland Road
Kings Park, NY 11754


American Express
PO Box 297871
Fort Lauderdale, FL 33329


American Glitters, Inc.
68 Linden Street
Massapequa Park, NY 11762

Andrew M. Doktofsky, P.C.
52 Elm Street 6
Huntington, NY 11743


Arcbest
3801 Old Greenwood Road
Fort Smith, AR 72903


Atlantic Scale Company, Inc.
136 Washington Ave
Adelphia, NJ 07710


Avrum Rosen
38 New Street
Huntington, NY 11743


Baralan USA, Inc.
120-19 89TH Ave
Richmond Hill, NY 11418


Briscoe Protective
99 Mark Tree Road 201
Centereach, NY 11720


BTB Sales & Marketing, Inc.
2970 Merrick Rd
Bellmore, NY 11710


Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413

Capital One Spark Business
PO Box 71083
Edneyville, NC 28272

Cintas Corporation
500 South Research PL
Central Islip, NY 11722

Color Carton Corp.
341 Canal Place
Bronx, NY 10451

Color Display
Industria, 50, Nave 9-Pol Ind. Conde de Sert
08755 Barcelona Spain

Continental Lift Truck, Inc
127-18 Foch Blvd
South Ozone Park, NY 11420

Cosmos Plastics
3630 Wolf Rd
Franklin Park, IL 60131

Crowe Soberman, LLP
2 St. Clair Avenue East 1100
Toronto, Ontario, M4T 2T5

Danielle Grzan, Esq.
366 North Broadway 410
Jericho, NY 11753

Daylight Transport, LLC
204-248 North Ave E
Elizabeth, NJ 07201


Denmark Technologies, Inc.
547 Livingston Street
Westbury, NY 11590


Derik Industrial Co., Ltd
42 Memorial Plaza 2nd FL
Pleasantville, NY 10570


Distinctive Displays
582 Montauk Ave
Brooklyn, NY 11208


Edgewood Partners INS
Center
499 Washington Blvd 810
Jersey City, NJ 07310


Edison Litho
3725 Tonelle Ave
North Bergen, NJ 07047


FCR Services
PO Box 1663
Southgate, MI 48195


Fiabila
106 Iron Mountain Rd
Mine Hill, NJ 07803

Freeport Screen & Stamping,
Inc.
31 Hanse Ave
Freeport, NY 11520


Gilson Graphics
2000 Oak Industrial Dr
Grand Rapids, MI 49505


Interstate Forklift Repairs
130-08 143rd Street
Jamaica, NY 11436


In-Time Shipping
145 Hook Creek Blvd C5C
Valley Stream, NY 11581


Jaci Fitzgerald
5693 Lucas Lane
Pea Ridge, AR 72751


Jay Stone Sales
24600 Southwell Rd
Dallas, TX 75229


Jupiter Mills Corp
PO Box 1471
Secaucus, NJ 07096


K. Sidrane, Inc.
24 Baiting Place Road
Farmingdale, NY 11735

Kascap
208, Pujit Plaza, Plot 67 Sector 11, CBD
Belapur, Navi Mumbai 400614
Maharashta, India


Keystone Building Products
2585 Old Rte 522
Selinsgrove, PA 17870


Keystone Industries
480 S. Democrat Rd
Gibbstown, NJ 08027


Kirker Enterprises, Inc.
2220 US Highway 70 SE Suite 100
Hickory, NC 28602


Kirschenbaum &
Kirschenbaum, P.C.
200 Garden City Plaza 315
Garden City, NY 11530


Law Office of Gilbert A.
Lazarus, PLLC
92-12 68th Ave
Forest Hills, NY 11375


Law Office of Michael Pepin
1350 Avenue of the Americas 2nd FL
New York, NY 10019


Law Office of Tejal Shah, P.C.
2545 Hempstead Tkpe 403
East Meadow, NY 11554

Law Offices of Frank N. Napoli
357 Vetrans Memorial Highway
Commack, NY 11725


Law Offices of Steven Cohen,
LLC
540 East 180th 203
Bronx, NY 10457


LEC Associates, LLC
110 Chestnut Ridge Rd 318
Montvale, NJ 07645


Leneta Company
15 Whitney Road
Mahwah, NJ 07430


Lenny Lowe Enterprises, LLC
758 Center Dr North Baldwin
Baldwin, NY 11510


Leviton Law Firm
One Pierce Place 725 W
Itasca, IL 60143


Lorraine Guzzo
860 E Broadway 2U
NY, NY 11561


M & G Packaging Corp.
99 Seaview Blvd 1-d
Port Washington, NY 11050

M & S Auto Masters & Sales,
Inc.
11 Niagara Ave
Freeport, NY 11520


MeadowBrook Inventions
PO Box 960
260 Mine Brook Rd
Bernardsville, NJ 07924


Metro Tag & Label
24 Park Avenue
West Orange, NJ 07052


MP Holdings, Co.
1881 Stanley Drive
Merrick, NY 11566


MS Packaging & Supply
Distrib.
53 Zorn Blvd
Yaphank, NY 11980


New Penn Motor Express
11500 OUTLOOK S 400
Leawood, KS 66211


NYSDEC
625 Broadway 14th FL
Albany, NY 12233


On Track
50 E. Jefryn Blvd
Deer Park, NY 11729

Optimum Cable
1 Court Square West
Long Island City, NY 11101


Osborn Law, PC
43 West 43rd Street 131
New York, NY 10036


PACER Technology
3281 E. Guasti Rd 260
Ontario, CA 91761


Pamela J. Bruce DBA
Sales-Trac
11150 Looking Glass
Portland, MI 48875


Patco Tapes, Inc.
59-27 56th Street
Maspeth, NY 11378


PayPal
PO Box 5138
Lutherville Timonium, MD 21094


Pitney Bowes Global Financial
PO Box 981022
Boston, MA 02298


PM Plastics
627 Capital Drive
Pewaukee, WI 53072

Prime Packaging Corp
1290 Metropolitan Ave
Brooklyn, NY 11237


Printex Transparent
Packaging
555 Raymond Dr
Islandia, NY 11749


QPC Label Solutions, Inc
1583 40th Street
Brooklyn, NY 11218


Quinn & Feiner Service
Company
79 Hazel Street
Glen Cove, NY 11542


Rad-Solutions, LLC
2201 Justin Rd 119-142
Flower Mound, TX 75028


Rafael Espinal
16 Round Hill Dr
Danbury, CT 06811


Ross & Suchoff, LLC
343 Millburn Ave 300
Millburn, NJ 07041


RTM Computer Services
25 Thunder Rd
Miller Place, NY 11764

R-Way Shipping & Storage
97-22 133rd Ave
Ozone Park, NY 11417


Sandream Impact, LLC
373 Route 46 West Bldg E
Fairfield, NJ 07004


SAS Retail Services, LLC
1575 N Main S
Orange, CA 92867


Screen Tech
1800 W. Blancke Street
Linden, NJ 07036


SGA snc di F.lli Spizzi
Sede operativa : via Trebbia 19 /2
20073 Opera (MI)


Silverman Group
436 Orange Street
New Haven, CT 06511


Small Business
Administration
26 Federal Pl 3100
New York, NY 10278


Sparklet Co.
1409 GANGBYEON HANSHIN CORE BLDG
MAPO-DONG MAPO-KU SEOUL KOREA

Stephen Gould
35 South Jefferson Road
Whippany, NJ 07981


Sungjae Corp in Korea
726 Wolha-ro
Haseong-myeon, Gimpo-si, Gyeonggi-do,
South Korea


Sunrise Credit Solutions
PO Box 9004
Melville, NY 11747


Superior Materials, Inc.
585 Stewart Ave LL32
Garden City, NY 11530


Taroff & Taltz, LLP
630 Johnson Ave 105
Bohemia, NY 11716


Team Technologies
5949 Commerce Blvd
Morristown, TN 37814


The Gold Law Firm, P.C.
1666 Newbridge Rd 2nd FL
Bellmore, NY 11710


transworld systems, inc
500 Virginia Drive 514
Fort Washington, PA 19034

United Benefits Pensions, Inc
175 Broadhollow Road 160
Melville, NY 11747

United Mineral & Chemical
Corp
160 Chubb Ave 206
Lyndhurst, NJ 07071

Univar USA, Inc
200 Dean Sievers Pl
Morrisville, PA 19067

UPS
55 Glenlake Parkway, NE
Atlanta, GA 30328

Vedder Price, PC
222 N. LaSalle Street 2400
Chicago, IL 60601

Viavi Solutions
3047 Orchard Parkway 10
San Jose, CA 95134

Webank
215 S. State St 1000
Salt Lake City, UT 84111

Wells Fargo Vendor Financials
PO Box 070241
Philadelphia, PA 19176

William L. Rutherford Limited

4180 Industrial Drive

Windsor Ontario N9C 3R8

Winter Bros Hauling of LI

120 Nancy Street

West Babylon, NY 11704

YRC Freight

37 Frontage Rd

Glenmont, NY 12077

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

IN RE: **FORSYTHE COSMETIC GROUP, LTD.**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____03/13/2024_____    Signature _____

Whitney Matza, Secretary and Treasurer